## (November 21, 1974)

■ DONNA BARIE, on Behalf of Herself and All Other Persons Similarly Situated, Petitioner, v. ABE LAVINE, as Commissioner of New York State Department of Social Services, et al., Respondents.— Motion to dismiss appeal of respondent Fahey as untimely taken, granted, without costs. The notice of entry contained in petitioner's letter of June 28, 1974, which accompanied the judgment sought to be appealed, was sufficient to satisfy the requirement of CPLR 5513 (subd. [a]) (S. Cremona & Co. v. Dell, 6 A D 2d 719, mot. for lv. to app. dsmd. 5 N Y 2d 843). Herlihy, P. J., Greenblott, Cooke, Main and Reynolds, JJ., concur. [78 Misc 2d 815.]